

# IN THE UNITED STATE DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 2:23-cv-1408 |
| -vs- | : | |
| FIFTEEN THOUSAND ONE HUNDRED FOUR AND 00/100 DOLLARS ($15,104.00) IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant 1, | : | |
| and, | | |
| | : | |
| TEN THOUSAND FIVE HUNDRED TWELVE AND 00/100 DOLLARS ($10,512.00) IN UNTIED STATES CURRENCY, | : | |
| | : | |
| Defendant 2. | | |

## VERIFIED CLAIM

Now comes Claimant, IMANI ROBINSON, AND ATTORNEY BRIAN JOSLYN, pursuant to the Supplemental Rule for Certain Admiralty and Maritime Claims C(6), and demands restitution of Defendant 1, Fifteen Thousand One Hundred Four and 00/100 Dollars ($15,104.00) in United States Currency and, Defendant 2, Ten Thousand Five Hundred Twelve and 00/100 Dollars ($10,512.00) in United States Currency and claims the right to defend this action. Based upon information and belief, Claimant has bonafide ownership and/or possessory interest in the Defendants' property in that she was the rightful owner of said property.

1

I, IMANI ROBINSON, verify and declare under penalty of perjury that the matters stated in the above Verified Claim are true and correct.

Dated: 6/27/23

Respectfully submitted,

*IMANI ROBINSON*

*BRIAN D. JOSLYN (0087356)*
ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Verified Claim was served via ordinary mail, this 6th day of July, 2023, upon the following:

Office of the Clerk
United States District Court
712 Federal Building
200 West Second Street
Dayton, OH 45402

Kenneth L. Parker
United States Attorney
Attn: Asset Forfeiture Unit
600 Federal Building
200 West Second Street
Dayton, OH 45402

and via email upon:

William B. King (0094046)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, OH 45202
bill.king@usdoj.gov

*BRIAN D. JOSLYN (0087356)*
ATTORNEY FOR CLAIMANT

2