# IN THE UNITED STATE DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 2:23-cv-1408 |
| -vs- | : | |
| FIFTEEN THOUSAND ONE HUNDRED FOUR AND 00/100 DOLLARS ($15,104.00) IN UNITED STATES CURRENCY, et al., | : : : | |
| Defendant. | : | |

## ANSWER FOR CLAIMANT IMANI ROBINSON

Now come Defendants, Imani Robinson, by and through undersigned counsel, and for their answer to Plaintiff's Complaint, state as follows:

## FIRST DEFENSE:

1. Imani Robinson is the owner of the personal property seized by the Federal Government and subject to this action.

2. Defendants and Claimant admit the allegations in paragraphs 1, 4, 5, 6, 11, 40 and 47.

3. Defendants and Claimant deny the allegations contained in paragraphs 7, 24, 25, 29 and 49.

4. Defendants and Claimant are without information sufficient to form a belief as to the truth of the allegations contained in paragraphs 8 (a-e), 9, 10, 11, 12, 13, 14, 15, 32, 33, 34, 35, 36, 37, 38, 39, 41, 42 (a-d), 43, 44, 45, 46 and 48 and deny those allegations for lack of knowledge.

1

5. With respect to the allegation contained in paragraphs 2 and 3 of the Complaint, Defendants and Claimant admit only that the Government seized $15,104.00 dollars and $10,512.00 at the John Glenn International Airport, are without knowledge as to where the funds are currently and deny the remaining allegations.

6. With respect to the allegations contained in paragraphs 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 30 and 31, it is admitted only that law enforcement officers stopped and interrogated Claimant at the Airport, the remaining allegations are denied.

7. Defendants deny each and every allegation not specifically admitted to be true.

**SECOND DEFENSE:**

8. Plaintiff lacked probable cause to seize Imani Robinson's personal property.

**THIRD DEFENSE:**

9. Defendants are not subject to forfeiture and were not furnished or intended to be furnished in exchange for a controlled substance.

**FOURTH DEFENSE:**

10. Defendants were not intended to be used to facilitate any violation of law.

**SIXTH DEFENSE:**

11. Plaintiff has failed to state a claim upon which relief can be granted.

**SEVENTH DEFENSE:**

12. Plaintiff has violated Imani Robinson's due process rights.

**EIGHTH DEFENSE:**

13. Plaintiff has violated Defendants and Claimant's rights under the 4th, 5th and 14th Amendments to the United States Constitution.

**NINTH DEFENSE:**

14. Claimant is an innocent owner of the seized property.

**TENTH DEFENSE**:

15. No crime was committed, nor charges brought against the property owner.

**ELEVENTH DEFENSE:**

16. Plaintiff may have failed to follow the procedures set forth in the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**TWELFTH DEFENSE:**

17. Plaintiff failed to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.

**THIRTEENTH DEFENSE:**

18. The forfeiture is an excessive fine violating the Eighth Amendment to the U.S. Constitution.

Defendants and Imani Robinson reserve the right to amend or assert further defenses once discovery is concluded.

**WHEREFORE,** Defendants respectfully request this Court to dismiss Plaintiff's case and Imani Robinson's personal property be returned.

> Respectfully submitted,
>
> */s/ Brian D. Joslyn*
> Brian D. Joslyn (0087356)
> JOSLYN LAW FIRM
> 501 South High Street
> Columbus, OH 43215
> Ph: (614) 444-1900
> Fax: (614) 444-1901
> E-mail: brian@joslynlawfirm.com
> Trial Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer was filed with the Court's electronic filing system (CM/ECF) this 27th day of July 2023, which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

                                          */s/ Brian D. Joslyn*
                                          Brian D. Joslyn (0087356)